**DISMISS and Opinion Filed June 4, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01322-CV**

**JOSE RODRIGUEZ, Appellant**
**V.**
**MILAS FRANKLIN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03664-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is the parties' joint motion to dismiss the appeal and render judgment. The parties inform the Court that they have settled their differences. They ask that we vacate the trial court's judgment and dismiss the appeal. We grant the parties' motion. We vacate the trial court's judgment signed on June 29, 2012 and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

121322F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE RODRIGUEZ, Appellant

No. 05-12-01322-CV        V.

MILAS FRANKLIN, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas.
Trial Court Cause No. CC-12-03664-D.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court signed on June 29, 2012 is **VACATED** and the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered June 4, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE